UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK COPELAND, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:03CV1570 RWS |
| ) | |
| UNKNOWN ZINGER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On April 28, 2004, I granted plaintiff an additional sixty days to obtain service of his complaint on defendants. More than one year has passed since that Order was entered, and plaintiff has failed to take any of the necessary steps to accomplish service of process on the defendants. Plaintiff was already warned once that his complaint would be dismissed without prejudice for failure to obtain timely service, and despite this warning, he has failed and refused for more than one year to serve defendants.

Accordingly,

**IT IS HEREBY ORDERED** that **plaintiff's complaint is dismissed without prejudice for failure to obtain timely service pursuant to Federal Rule of Civil Procedure 4(m).**

_____
**RODNEY W. SIPPEL**
**UNITED STATES DISTRICT JUDGE**

Dated this 17th day of August, 2005.